**Edward J. Roth, administrator of the estate of Richard Roth, deceased, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 26,507.**

Action for damages for negligently causing the death of a boy who was struck by one of the defendants' street cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the

Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed March 21, 1922.

Charles Le Roy Brown, for appellants; John R. Guilliams and Robert J. Slater, of counsel. Charles C. Spencer and J. A. Arkin, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.